In the Matter of THE CITY OF NEW YORK Relative to Acquiring Title to Circumferential Parkway in the Borough of Brooklyn, City of New York. HATTIE FRANKEL, Appellant; THE CITY OF NEW YORK, Respondent.—

No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Estate of EMMA CONCKLIN, Deceased. ROYAL P. CONCKLIN, Appellant; RUDOLPH VOIGT, Respondent.—

No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of HAROLD DOUGLAS, Individually and as President of the Uniformed Firemen's Benevolent Association, White Plains, N. Y., Respondent, against THOMAS F. FOLEY, as Commissioner of Public Safety of the City of White Plains, N. Y., Appellant.—

No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ. [178 Misc. 767.]

In the Matter of the Intermediate Judicial Settlement of the First Account of ROBERT H. CLARK et al., as Executors of the Will of GEORGE GIBBS, Deceased. HARRIET G. SLINGERLAND et al., Appellants; THE NATIONAL BANK OF MIDDLETOWN et al., as Executors, Respondents.—

No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.